UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF NORTH CAROLINA
DURHAM DIVISION

In re:

**Marcus Darron Cameron and Latasha Cameron**,

Soc. Sec. Nos. xxx-xx-4696 & xxx-xx-2511
Mailing Address: 152 Luart Drive, Lillington, NC 27546-

Debtors.

Case No.: 20-80047

Chapter 13

## CERTIFICATE REGARDING SERVICE OF PLAN

I, Angel West, certify that on 1/27/20, a copy of the **Chapter 13 Plan** was served by regular, **first class United States mail**, postage fully pre-paid, upon the following parties:

All other creditors listed on the attached mailing matrix. (updated to include the mailing address listed on any and every proof of claim already filed in this case)

This case does NOT include any creditors subject to cramdown or mortgage stripoff.

Under penalty of perjury, I declare that the foregoing is true and correct.

Dated: 1/27/20

/s Angel West

Angel West

CertificateOfService.wpt (rev. 7/4/18)

Badcock & More
Attn Bankruptcy Dept
PO Box 1034
Mulberry, FL 33860

Bridgecrest Credit Company, LLC
Attn: Officer
Post Office Box 29018
Phoenix, AZ 85038

Capital One
Post Office Box 85015
Richmond, VA 23285-5075

Capital One
Post Office Box 30285
Salt Lake City, UT 84130-0285

Carolina Finance, LLC
Attn: Officer
Post Office Box 3070
Cary, NC 27519

Celtic Bank
Post Office Box 4499
Beaverton, OR 97076

Citibank
Post Office Box 6500
Sioux Falls, SD 57117-6500

Comenity Bank
Attn: Bankruptcy Dept.
Post Office Box 182125
Columbus, OH 43218-2125

Credit Acceptance Corporation
Attn: Officer
25505 W. Twelve Mile Rd, Ste 3000
Southfield, MI 48034-8339

Duke Healthcare
5213 South Alston Avenue
Durham, NC 27713

EPH 2 Assets, LLC
120 Penmarc Drive Suite 118
Raleigh, NC 27603

First Premier Bank
Post Office Box 5524
Sioux Falls, SD 57117-5524

Great Lakes Educational Loan Serv.
Post Office Box 7860
Madison, WI 53707-7860

Internal Revenue Service (ED)**
Post Office Box 7346
Philadelphia, PA 19101-7346

NC Quick Pass
Customer Service Center
200 Sorrell Grove Church Rd. Ste. A
Morrisville, NC 27560

NPRTO South-East, LLC
c/o Progressive Leasing
256 West Data Drive
Draper, UT 84020

Olde Mills Motors
Attn: Officer
PO Box 2346
Angier, NC 27501

Optimum Outcomes Inc
P.O. Box 58015
Raleigh, NC 27658

Peebles
c/o WFNNB (Bankruptcy Department)
PO Box 182125
Columbus, OH 43218-2125

Portfolio Recovery Associates
120 Corporate Boulevard, Suite 100
Norfolk, VA 23502

Progressive Leasing
10619 South Jordan Gateway Ste 100
South Jordan, UT 84095

Regional Acceptance Corp.
Attn: Officer/Bankruptcy Dpt
Post Office Box 1847
Wilson, NC 27894-1847

Regional Acceptance Corporation
C/O CT Corporation System
Attn: Officer or Managing Agent
160 Mine Lake Ct Ste 200
Raleigh, NC 27615

Regional Acceptance Corporation
Attn: Officer
Post Office Box 830913
Birmingham, AL 35283

U.S. Attorney General
U.S. Department of Justice
950 Pennsylvania Ave. NW
Washington, DC 20530-0001

US Attorney's Office (ED)**
150 Fayetteville Street
Suite 2100
Raleigh, NC 27601-1461

US Department of Education
Direct Loan Servicing Center
Post Office Box 5609
Greenville, TX 75403-5609

W.S. Badcock
Attn: Officer
721 East Cumberland Street
Dunn, NC 28334-5023

W.S. Badcock Corp.
Post Office Box 1034
Mulberry, FL 33860-1034

Wake Emergency Physicians
Post Office Box 890053
Charlotte, NC 28289

WakeMed
Attn: Bankruptcy Managing Agent
Post Office Box 29516
Raleigh, NC 27626

WakeMed Health and Hospitals
Post Office Box 29516
Raleigh, NC 27626

WakeMed Physician Practices
Post Office Box 14465
Raleigh, NC 27620-4465

World Finance Co.
108 Frederick Street N
Greenville, SC 29607

ZocaLoans
Post Office Box 1147
27565 Research Park Dr.
Mission, SD 57555

ZocaLoans
Rosebud Lending LZO
PO Box 1147
27565 Research Park Dr.
Mission, SD 57555